**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| BETZELOS, STEVE J | ) | |
| BETZELOS, DENA GREGORY | ) | CASE NO. 07-03065 RG |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

        At:   U.S. BANKRUPTCY COURT
              Kane County Courthouse
              100 S. 3rd Street, Room 140
              Geneva, IL 60134

        on:  **March 6, 2008**
        at:  **10:00 a.m.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

      a. Receipts                                                            $      15,364.07

      b. Disbursements                                          $      0.00

      c. Net Cash Available for Distribution           $      15,364.07

4.   Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 2,286.41 | $ |
| Trustee | $ 0.00 | $ | $ 622.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $5,000.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 6 | Internal Revenue Service | $ 5,000.00 | $ 5,000.00 |

6. Claims of general unsecured creditors totaling $562,211.51, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $1.33%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Chase Bank USA, N.A. | $ 33,536.39 | $ 444.74 |
| 3 | Chase Bank USA, N.A. | $ 9,027.22 | $ 119.71 |
| 4 | Spenser Capital Group, Inc. | $ 89,458.83 | $ 1,186.34 |
| 5 | HPSC, Inc | $ 370,837.83 | $ 4,917.79 |
| 7 | Advanceme, Inc. | $ 14,244.16 | $ 188.90 |
| 8 | LVNV Funding LLC its successors and assigns | $ 9,999.89 | $ 132.61 |
| 9 | Yellow Book USA | $ 35,107.19 | $ 465.57 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtors have been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

824 Sharp Ct, Elburn IL; household goods; pictures, artwork and books; wearing apparel; jewelry and wedding rings; term life insurance; 100% interest in First Dental of Illinois, Inc.; Illinois Dental License; car leases (Escalade and Cadillac).

The Trustee seeks abandonment of said assets because they are subject to debtor's valid claim of exemption and/or a duly perfected lien and are of inconsequential value to debtor's estate.

Dated:   **February 7, 2008**                    For the Court,

                            By:   **KENNETH S. GARDNER**
                                  Kenneth S. Gardner
                                  Clerk of the United States Bankruptcy Court
                                  219 S. Dearborn Street, 7th Floor
                                  Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1            User: amcc7                  Page 1 of 2              Date Rcvd: Feb 07, 2008
Case: 07-03065                  Form ID: pdf002              Total Served: 41
```

The following entities were served by first class mail on Feb 09, 2008.
```
db         +Steve J Betzelos,    824 Sharp Court,    Elburn, IL 60119-8982
jdb        +Dena Gregory Betzelos,    824 Sharp Court,    Elburn, IL 60119-8982
aty        +Mitchell Elliot Jones,    Jones Law Offices,    25 East Washington Street,    Suite 906,
             Chicago, IL 60602-1745
tr         +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
11192754   +AT&T Yellow Pages,    RH Donelly,    8519 Innovation Way,    Chicago, IL 60682-0085,
             Acct#500311651
11192753   +Accutec Dental Lab,    830E Rand Rd,    Suite 5,    Mt Prospect, IL 60056-2560
11557318   +Advanceme, Inc.,    c/o Stein & Rotman,    105 W. Madison St.  #600,    Chicago, Il 60602-4672
11192738    Bank of America,    PO Box 15726,    Wilmington, DE 19886-5726,    ACCT#4024115178897302 -
11192741   +Bankers Healthcare Group, Inc,    600 Town Park Lane,    Suite 500,    Kennesaw, GA 30144-3734,
             Acct#TRN 7077
11192733    Capital One,    PO Box 60024,    City of Industry, CA 91716-0024,    ACCT#5178052413427218 -
11192732   +Chase,    PO Box 15153,    Wilmington, DE 19850-5153,    ACCT#4030750000192290
11192734    Chase,    PO Box 15153,    Wilmington, DE 19886-5133,    ACCT#4366111019339535 -
11422080    Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    PO Box 3978,    Seattle, WA, 981243978
11647013   +Chase Home Finance LLC,    c/o Pierce & Associates, P.C.,    1 North Dearborn, Suite 1300,
             Chicago, IL 60602-4331
11192742    Chase Home Financing,    PO Box 781116,    Phoenix, AZ 85062,    Acct#22716807
11192750   +CitiFinancial Services, Inc,    1812 Sycamore Rd,    Dekalb, IL 60115-2004,    Acct#345975
11192735   +Citicard,    PO Box 183037,    Columbus, OH 43218-3037,    ACCT#5466160117788461 -
11192736    Citicard,    6000 The Lakes,    Nevada 89163,    ACCT#41472900180 0552 -
11192740   +City Of Naperville,    395 West Lake,    Elmhurst, IL 60126-1508,    Acct#208-003138
11192747   +Deversified Medical Consultants,    5765 North Lincoln Ave,    Chicago, IL 60659-4720
11192739   +Edward Hospital and Health Services,    PO Box 4207,    Carol Stream, IL 60197-4207,
             Acct#E038441739
11192743  ++FRANKLIN CREDIT MANAGEMENT CORP,    101 HUDSON STREET,    25TH FLOOR,    JERSEY CITY NJ 07302-3984
             (address filed with court: Franklin Credit Management Corp,    C/O Bankruptcy Department,
             P O BOX 2301,    Jersey City, NJ 07303,    cct#2165032)
11192745   +First Pacific -,    PO Box 3000,    Salem, OR 97302-8001,    acct # 110144
11415388   +Franklin Credit Management Corp.,    101 Hudson St. 25th Fl,    Jersey City, NJ 07302-3984
11415386   +Franklin Credit Management Corportation,    101 Hudson St. 25th Fl,    Jersey City, NJ 07302-3915
11192752   +GMAC,    PO Box 3100,    Midland, TX 79702-3100,    Acct#154-9096-03410,    Acct#024-9110-31283
11192749   +Group Financial Services,    PO Box 7966,    70 Arrow Rd,    Suite 5,    Hiltonhead, SC 29928-7336
11477285   +HPSC, Inc,    Attn: William R. Badiga, Esq.,    C/O Brown Rudnick Berlack Isreals LLP,
             One Financial Center,    Boston, MA 02111-2621
11192748   +HPSC/GE Financial,    One Beacon St,    Boston, MA 02108-3107,    Actt#380235NB
11192759  ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,    Centralized Insolvency Operations,
             P O BOX 21126,    Philadelphia, PA 19114)
11192757   +Illinois Dept of Employment Security,    Bankruptcy Unit, 3rd Fl,,    401 S State Street,
             Chicago IL 60605-1229
11192758   +Illinois Dept of Revenue,    Bankruptcy Unit,    100 West Randolph Street,
             Chicago, Illinois 60601-3218
11192746   +Jozefina Carnogurska,    7213West Penscola,    Norridge,IL 60706-1222
11192755    Patterson Dental Supplies,    23254 Network Place,    Chicago, IL 60613,    Acct#610153863N14
11192744   +Scott Betzelos,    4508 West Bryn Mawr,    Chicago, IL 60646-5945
11455813   +Spenser Capital Group, Inc.,    c/o Thomas V. Askounis,    Askounis & Borst, P.C.,
             180 North Stetson Avenue, Suite 3400,    Chicago, IL 60601-6740
11192737    United Plus,    Bank card Services,    Palatine, IL 60094-4014,    ACCT#9988 -
11192751   +Village of Rosemont,    9501 West Devon,    2nd Floor,    Rosemont, IL 60018-4811
11603097   +Yellow Book USA,    C/O RMS Bankruptcy Recovery Services,    P O BOX 5126,
             Timonium, MD 21094-5126
11192756   +Yellow Book of IL,    1933 North Meacham Rd,    Suite 600,    Schaumburg, IL 60173-4390,
             Acct#507496
```

The following entities were served by electronic transmission on Feb 08, 2008.
```
11577277      E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                             TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11192731     STEVE and DENA BETZELOS,    CREDITOR LIST
                                                                                             TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: amcc7              Page 2 of 2             Date Rcvd: Feb 07, 2008
Case: 07-03065                Form ID: pdf002          Total Served: 41

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 09, 2008**                    **Signature:**    *Joseph Speetjens*