# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 07-03065 RG | Trustee: | JOSEPH R. VOILAND (330380) |
|---|---|---|---|
| Case Name: | BETZELOS, STEVE J | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BETZELOS, DENA GREGORY | Account: | ***-*****33-65 - Money Market Account |
| Taxpayer ID #: | 13-7569995 | Blanket Bond: | $50,000,000.00   (per case limit) |
| Period Ending: | 09/23/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/13/07 | {8} | Law Offices of Jones and Associates,Ltd | partial payment of income tax refund due from debtors | 1124-000 | 5,000.00 | | 5,000.00 |
| 06/13/07 | {8} | Law Offices of Jones and Associates, Ltd | payment of tax refund due from debtors | 1124-000 | 10,319.00 | | 15,319.00 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 3.27 | | 15,322.27 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 8.72 | | 15,330.99 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 8.45 | | 15,339.44 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 7.64 | | 15,347.08 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 9.01 | | 15,356.09 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 7.98 | | 15,364.07 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 7.82 | | 15,371.89 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 7.02 | | 15,378.91 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.2500% | 1270-000 | 3.15 | | 15,382.06 |
| 03/10/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.2500% | 1270-000 | 0.94 | | 15,383.00 |
| 03/10/08 | | To Account #********3366 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 15,383.00 | 0.00 |

|  | Subtotals : | $15,383.00 | $15,383.00 |
|---|---|---|---|

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 07-03065 RG |
| **Case Name:** | BETZELOS, STEVE J |
| | BETZELOS, DENA GREGORY |
| **Taxpayer ID #:** | 13-7569995 |
| **Period Ending:** | 09/23/08 |

| | |
|---|---|
| **Trustee:** | JOSEPH R. VOILAND (330380) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****33-65 - Money Market Account |
| **Blanket Bond:** | $50,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 15,383.00 | 15,383.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 15,383.00 | |
| | | | **Subtotal** | | **15,383.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,383.00** | **$0.00** | |

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 07-03065 RG | Trustee: | JOSEPH R. VOILAND (330380) |
|---|---|---|---|
| Case Name: | BETZELOS, STEVE J | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BETZELOS, DENA GREGORY | Account: | ***-*****33-66 - Checking Account |
| Taxpayer ID #: | 13-7569995 | Blanket Bond: | $50,000,000.00   (per case limit) |
| Period Ending: | 09/23/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/10/08 | | From Account #********3365 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 15,383.00 | | 15,383.00 |
| 03/20/08 | 101 | Internal Revenue Service | Dividend paid 100.00% on $5,000.00; Claim# 6; Filed: $5,000.00; Reference: | 5800-000 | | 5,000.00 | 10,383.00 |
| 03/20/08 | 102 | Chase Bank USA, N.A. | Dividend paid   1.32% on $33,536.39; Claim# 2; Filed: $33,536.39; Reference: | 7100-000 | | 445.87 | 9,937.13 |
| 03/20/08 | 103 | Chase Bank USA, N.A. | Dividend paid   1.32% on $9,027.22; Claim# 3; Filed: $9,027.22; Reference: | 7100-000 | | 120.02 | 9,817.11 |
| 03/20/08 | 104 | Spenser Capital Group, Inc. | Dividend paid   1.32% on $89,458.83; Claim# 4; Filed: $89,458.83; Reference: | 7100-000 | | 1,189.35 | 8,627.76 |
| 03/20/08 | 105 | HPSC, Inc | Dividend paid   1.32% on $370,837.83; Claim# 5; Filed: $370,837.83; Reference: | 7100-000 | | 4,930.27 | 3,697.49 |
| 03/20/08 | 106 | Advanceme, Inc. | Dividend paid   1.32% on $14,244.16; Claim# 7; Filed: $14,244.16; Reference: | 7100-000 | | 189.38 | 3,508.11 |
| 03/20/08 | 107 | LVNV Funding LLC its successors and assigns as | Dividend paid   1.32% on $9,999.89; Claim# 8; Filed: $9,999.89; Reference: | 7100-000 | | 132.95 | 3,375.16 |
| 03/20/08 | 108 | Yellow Book USA | Dividend paid   1.32% on $35,107.19; Claim# 9; Filed: $35,107.19; Reference: | 7100-000 | | 466.75 | 2,908.41 |
| 03/20/08 | 109 | JOSEPH R. VOILAND | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,908.41 | 0.00 |
| | | | Dividend paid 100.00%          2,286.41<br>on $2,286.41;  Claim# ;<br>Filed: $2,286.41 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%          622.00<br>on $622.00;  Claim# ; | 2200-000 | | | 0.00 |
| | | | Subtotals : | | **$15,383.00** | **$15,383.00** | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 07-03065 RG | Trustee: | JOSEPH R. VOILAND (330380) |
|---|---|---|---|
| Case Name: | BETZELOS, STEVE J | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BETZELOS, DENA GREGORY | Account: | ***-*****33-66 - Checking Account |
| Taxpayer ID #: | 13-7569995 | Blanket Bond: | $50,000,000.00   (per case limit) |
| Period Ending: | 09/23/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $622.00 | | | | |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| **ACCOUNT TOTALS** | 15,383.00 | 15,383.00 | $0.00 |
| Less: Bank Transfers | 15,383.00 | 0.00 | |
| **Subtotal** | 0.00 | 15,383.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $15,383.00 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****33-65** | 15,383.00 | 0.00 | 0.00 |
| **Checking # ***-*****33-66** | 0.00 | 15,383.00 | 0.00 |
| | $15,383.00 | $15,383.00 | $0.00 |